PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID IRVING APEL, | Case No: 2:16-cv-01022-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended for 45 days from January 19, 2017 to March 6, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

Defendant requests this extension due to her attorney's inordinately heavy caseload in January 2017 through February 2017, including an appellate brief before the United States Court of Appeals for the Ninth Circuit and 30 other District Court cases, in a variety of stages, seven of which require imminent briefing in the next three weeks.  Defendant's counsel is also assisting

Stip. & ~~Prop~~. Order for Ext.; 2:16-cv-01022-EFB             1

an active employment case before the Equal Employment Opportunity Commission that is in the midst of the discovery process and requires responding to Complainant's Request for Interrogatories, Admission and Production of Documents by January 23, 2017. Defendant's counsel respectfully requests this additional time to respond to Plaintiff's arguments.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: January 17, 2017        /s/ Joseph Fraulob*
                               (* As authorized via email on January 17, 2017)
                               JOSEPH FRAULOB

                               Attorney for Plaintiff

Dated: January 17, 2017        PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                    By:        /s/ Timothy R. Bolin
                               TIMOTHY R. BOLIN
                               Special Assistant United States Attorney

                               Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED.

Dated: January 23, 2017.
                               _____
                               THE HONORABLE EDMUND F. BRENNAN
                               United States Magistrate Judge

Stip. & ~~Prop~~. Order for Ext.; 2:16-cv-01022-EFB        2